No. 01-8729. CONNELLY v. LEAHEY & JOHNSON. C. A. 11th Cir. Certiorari denied. 

No. 01-8731. ARMSTRONG v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01-8733. REID v. BOONE, WARDEN. C. A. 10th Cir. Certiorari denied. 

No. 01-8737. MUNOZ v. CRAIG A. SMITH & ASSOCIATES. C. A. 11th Cir. Certiorari denied.

No. 01-8740. EARLY v. HARMON, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied. 

No. 01-8742. KATYL v. HOSPITAL ASSOCIATION OF NORTH-EASTERN PENNSYLVANIA. C. A. 3d Cir. Certiorari denied. 

No. 01-8764. ABBONDANZO v. NEW YORK COMMISSIONER OF LABOR ET AL. Ct. App. N. Y. Certiorari denied. 

No. 01-8782. OCHOA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. 

No. 01-8806. ROSENBACH v. DAVIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 01-8813. DUGGINS v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. 

No. 01-8862. ALFONSO MORALES v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 01-8887. RA v. ANGELONE, DIRECTOR, VIRGINIA DEPART-MENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 01-8888. BARAJAS v. MILLER, SUPERINTENDENT, PENDLE-TON CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 01-8892. MOORE v. COCKRELL, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.